IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROMARIO V. WALLER,
ADC #108263                                                                                           PLAINTIFF

5:19CV00277-JM-JTK

DENISE FAYE PITTMAN, et al.                                                                    DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants' Motion for Partial Summary Judgment on the issue of exhaustion (Doc. No. 18) is GRANTED, and Defendant Payne is DISMISSED from Plaintiff's Complaint without prejudice.

IT IS SO ORDERED this 2nd day of January, 2020.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE